IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MATTIE WASHINGTON,

    Plaintiff,

vs.                                         CASE NO. 5:06cv143/RS

MICHAEL J. ASTRUE[1],
Commissioner of Social Security
Administration,

    Defendant.
_____/

**ORDER**

Before me are the Magistrate Judge's Report and Recommendation (Doc. 19) and Plaintiff's Motion To Dismiss Complaint (Doc. 18).

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed without prejudice.

3. The clerk is directed to close the file.

ORDERED on March 23, 2007.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should therefore be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit.